# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED
APR 0 9 2008
JOHN F. CORCORAN, CLERK
BY: /s/ , DEPUTY CLERK

United States of America )
v. )
Tony LeWayne Yancey, Jr. )  Case No: 7:04CR00139-002
) USM No: 10890-084
Date of Previous Judgment: December 2, 2005 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____   Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
The defendant received the statutory mandatory minimum sentence of 120 months. The 2007 amendments to the crack cocaine sentencing guidelines cannot reduce his guideline range below the statutory mandatory minimum. As 18 U.S.C. § 3582(c)(2) authorizes a sentence reduction only when an amendment reduces the guidelines range, the defendant is not eligible for a sentence reduction under the amendments.

Except as provided above, all provisions of the judgment dated   12/02/2005   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 9, 2008

/s/ James C. Turk
Judge's signature

Effective Date: _____
(if different from order date)

James C. Turk, Senior United States District Judge
Printed name and title